**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No. 03-CR-14-104** |
| **v.** | : | **(JUDGE MANNION)** |
| **REGINALD BRADDY,** | : | |
| **and FONTAINE HORTON,** | : | |
| **Defendants** | : | |
| | : | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED:**

1.   Defendant Reginald Braddy's Objections to the PSR based on drug quantities, (Doc. 574), are **OVERRULED**; and

2.   Defendant Fontaine Horton's Objections to the PSR based on drug quantities, (Doc. 594), are **OVERRULED**.[1]

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 14, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2014 CRIMINAL MEMORANDA\14-0104-02-ORDER.wpd

---

[1]By separate order, the court will schedule Horton's sentencing hearing.

1