# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**REGINALD BRADDY,** :

:

    **Petitioner** :     Criminal No. 03-CR-14-104

**v.** :

        **(JUDGE MANNION)**

**UNITED STATES OF AMERICA,** :

:

    **Respondent**

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner Braddy's 28 U.S.C. §2255 motion to vacate, set aside or correct sentence, **(Doc. 632)**, is **DENIED**.

2. The petitioner is not entitled to an evidentiary hearing.

3. There is no probable cause to issue a certificate of appealability.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: February 6, 2019**
O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2014 CRIMINAL MEMORANDA\14-0104-03-ORDER.wpd