UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINALD BRADDY, | : |
| | : |
| Petitioner | : Criminal No. 03-CR-14-104 |
| v. | : |
| | : (JUDGE MANNION) |
| UNITED STATES OF AMERICA, | : |
| | : |
| Respondent | |

## ORDER

For the reasons set forth in the Memorandum of this date, after conducting an evidentiary hearing, **IT IS HEREBY ORDERED THAT:**

1. Petitioner Braddy's 28 U.S.C. §2255 motion to vacate, set aside, or correct sentence, **(Doc. 632)**, regarding his remaining ineffective assistance of appellate counsel claim, and his request for a new trial, is **DENIED**.

2. A certificate of appealability is issued pursuant to 28 U.S.C. §2253(c)(2).

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: April 14, 2022**
14-104-05-ORDER